Ninaz Saffari     CA SBN 235811 (admitted pro hac vice)
THE SAFFARI LAW FIRM
5670 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone:    310-592-0247
Facsimile:    213-402-2953
ninaz@saffarilaw.com

Hagop Kuyumjian    CA SBN 259995 (admitted pro hac vice)
THE KUYUMJIAN FIRM, APC
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
Telephone:    213-785-3207
Facsimile:    213-236-3781
hk@tkflaw.com

Lance J. Hendron   NV SBN 11151 (local counsel)
HENDRON LAW GROUP, LLC
625 S. Eight Street
Las Vegas, Nevada 89101
Telephone:    (702) 710-5555
Facsimile:    (702) 718-5555
lance@hlg.vegas

Attorneys for Defendant
AARON LEWIS MCLAUGHLIN

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00121-CDS-BNW [1] |
| Plaintiff, | **STIPULATION TO CONTINUE PLEA HEARING** |
| vs. | |
| AARON LEWIS MCLAUGHLIN, | |
| Defendant. | |

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the District of Nevada and Assistant United States Attorney Edward Veronda, and Defendant

---

[1] Counsel are reminded, pursuant to ECF No. 36, this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:19-cr-00121-CDS-BNW.

STIPULATION TO CONTINUE PLEA HEARING

Aaron Lewis McLaughlin ("Defendant"), by and through his counsel of record, Ninaz Saffari, Hagop Kuyumjian, and Lance J. Hendron ("Defense Counsel"), that the plea hearing set for August 22, 2022 at 9:30 a.m., be vacated and continued to August 25, 2022, August 26, 2022, or a date and time convenient with the Court and parties.

IT IS FURTHER STIPULATED AND AGREED, that a signed plea agreement has been submitted in this matter.

1. Ninaz Saffari and Hagop Kuyumjian ("Los Angeles Defense Counsel") substituted into this case in June 2021.
2. The additional time requested herein is not sought for purposes of delay, but to allow Los Angeles Defense Counsel sufficient time within which to be able to appear in Nevada District Court for the change of plea hearing.
3. The Defendant is not incarcerated and does not object to a continuance.
4. Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.
5. The parties agree to the continuance.
6. The parties make this stipulation in good faith and not for the purposes of unnecessary delay.
7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the six stipulation to continue filed and the second stipulation to continue since the execution of the plea agreement.

IT IS SO STIPULATED.

DATED: August 4, 2022                                   UNITED STATES ATTORNEY


                                                                 /s/
                                            EDWARD VERONDA
                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA


DATED: August 4, 2022                                   THE SAFFARI LAW FIRM


                                              /s/
                                            NINAZ SAFFARI
                                            Attorney for Defendant
                                            AARON LEWIS MCLAUGHLIN


                                            THE KUYUMJIAN FIRM, APC


                                              /s/
                                            HAGOP KUYUMJIAN
                                            Attorney for Defendant
                                            AARON LEWIS MCLAUGHLIN


                                            HENDRON LAW GROUP, LLC


                                              /s/
                                            LANCE J. HENDRON
                                            Attorney for Defendant
                                            AARON LEWIS MCLAUGHLIN

Ninaz Saffari   CA SBN 235811 (*admitted pro hac vice*)
THE SAFFARI LAW FIRM
5670 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone:   310-592-0247
Facsimile:   213-402-2953
ninaz@saffarilaw.com

Hagop Kuyumjian   CA SBN 259995 (*admitted pro hac vice*)
THE KUYUMJIAN FIRM, APC
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
Telephone:   213-785-3207
Facsimile:   213-236-3781
hk@tkflaw.com

Lance J. Hendron  NV SBN 11151 (*local counsel*)
HENDRON LAW GROUP, LLC
625 S. Eight Street
Las Vegas, Nevada 89101
Telephone:   (702) 710-5555
Facsimile:   (702) 718-5555
lance@hlg.vegas

Attorneys for Defendant
AARON LEWIS MCLAUGHLIN

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON LEWIS MCLAUGHLIN,<br><br>Defendant. | Case No. 2:19-cr-00121-~~JAD~~-BNW (CDS)<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have executed a plea agreement. The parties are seeking time to schedule a change of plea hearing.

2. Ninaz Saffari, Hagop Kuyumjian, and Lance J. Hendron ("Defense Counsel") currently represent Defendant Aaron Lewis McLaughlin ("Defendant").

3. Ninaz Saffari and Hagop Kuyumjian ("Los Angeles Defense Counsel") substituted into this case in June 2021.

4. Ninaz Saffari and Hagop Kuyumjian ("Los Angeles Defense Counsel") substituted into this case in June 2021.

5. The additional time requested herein is not sought for purposes of delay, but to allow Los Angeles Defense Counsel sufficient time within which to be able to appear in Nevada District Court for the change of plea hearing.

6. The Defendant is not incarcerated and does not object to a continuance.

7. Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

8. The parties agree to the continuance.

9. The parties make this stipulation in good faith and not for the purposes of unnecessary delay.

10. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

**STIPULATION TO CONTINUE PLEA HEARING**

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the plea hearing scheduled for August 22, 2022, at the hour of 9:30 a.m., be vacated and continued to \_\_\_August 25, 2022\_\_\_ at the hour of \_1\_:\_30\_ \_P\_.m.

DATED this \_4th\_ day of August 2022.

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE PLEA HEARING**